

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION



FILED

AUG 18 2025

CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRIM. CASE NO. 25-20438
HON. JONATHAN J.C. GREY

NOLA YOUNG,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

I, NOLA YOUNG, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: <u>Misdemeanor</u> Theft of Government Funds (18 U.S.C. § 641): Up to 1 Year of Imprisonment, a Fine up to $100,000 or twice the loss, or both.

Dated: 8/18/25

NOLA YOUNG
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
CASEY SWANSON
Counsel for Defendant

Dated: 8/18/25