UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                CASE. NO. 25-20438

    Plaintiff,

v.                              HON. Judge Jonathan J.C. Grey

NOLA YOUNG,

    Defendant.
_____/

## APPEARANCE

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

                Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**

*s/Casey Swanson*
CASEY SWANSON (P79941)
Attorney for Defendant
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 463-6144
E-mail: casey_swanson@fd.org

Dated: August 22, 2025